AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norman, Jeffrey P. | United States Bankruptcy, Southern District of Texas | 06/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ✔ Annual   ☐ Final <br><br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

515 Rusk,
Suite 4505
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 06/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas - Bankruptcy Section | March 11 - 18 | Vietnam, Ho Chi Minh City and Hanoi | Participant in Annual International Bankruptcy Seminar | Airfare, Lodging and Food |
| 2. | State Bar of Texas - Bankruptcy Bench Bar | April 18, 19 | Austin, Texas | Participant in Biannual Bankruptcy Seminar | Lodging and Mileage |
| 3. | George Mason Law School | June 25 - 27 | Beaver Creek, Colorado | Participant in Legal Seminar | Airfare, Lodging and Food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norman, Jeffrey P.** | 06/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norman, Jeffrey P.** | 06/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Charles Schwab | | | | | | | | | |
| 2. -Charles Schwab Bank Account | B | Interest | L | T | | | | | |
| 3. -Altria Group, Inc. (MO) | A | Dividend | J | T | | | | | |
| 4. -Costco Wholesale Co. (COST) | A | Dividend | J | T | | | | | |
| 5. -Gilead Sciences, Inc. (GILD) | A | Dividend | J | T | | | | | |
| 6. -Western Digital Corp (WDC) | A | Dividend | J | T | | | | | |
| 7. Tom Root Note | D | Interest | N | T | | | | | |
| 8. Michael and Katelyn Norman Jones Secured Note | D | Interest | M | T | | | | | |
| 9. Vanguard -Variable Annuity | | | | | | | | | |
| 10. -WA-Short Term Bond | A | Interest | | | Sold | 10/18/19 | K | A | |
| 11. -WA-Total Bond Fund | C | Interest | K | T | Sold<br>(part) | 10/18/19 | N | C | |
| 12. -Vanguard Balanced Fund | B | Int./Div. | M | T | Buy | 10/18/19 | M | | |
| 13. -Vanguard Equity Index | B | Dividend | M | T | Buy | 10/18/19 | M | | |
| 14. Vanguard - Brokerage | | | | | | | | | |
| 15. -AUSTIN TX CMNTY CLLG DIST PUB FAC LES REV HAYS B/E | A | Interest | K | T | | | | | |
| 16. -CORPUS CHRISTI TX RFDG GENL IMPT SER B B/E OID | A | Interest | K | T | | | | | |
| 17. -GREENVILLE TX ELEC UTIL SYS REV RFDG B/E CPN | A | Interest | | | Redeemed | 05/21/19 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norman, Jeffrey P.** | 06/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -HARRIS CNTY TX CULTURAL FIN MED REV RFDG MTG A BAYLOR B/E OID | A | Interest | J | T | | | | | |
| 19. -HARRIS CNTY TY CULTURAL ED FAC FIN CORP REV RFDG HOSP A B/E OID | A | Interest | K | T | | | | | |
| 20. -HOUSTON TX RFDG PUB IMPT SER A B/E CPN | A | Interest | K | T | | | | | |
| 21. -HOUSTON TX CMNTY CLLG SYS REV RFDG SR LIEN STDNT FEE AGM B/E CPN | A | Interest | J | T | | | | | |
| 22. -HOUSTON TX INDPT SCH DIST RFDG SER B PSF GTD B/E CPN | A | Interest | J | T | Redeemed | 02/15/19 | | | |
| 23. -ILLINOIS DEV FIN AUTH RETIRE REV REGENCY PK B ETM ZER | A | Interest | J | T | | | | | |
| 24. -MIAMI DADE CNTY FL PUB SVC TAX REV RFDG UMSA IMPT AGM B/E CPN | A | Interest | J | T | | | | | |
| 25. -MORAINE OH SOLID WST XXX SUBMITTED FOR ESCROW REV GM CORP AMT CPN | A | Interest | J | T | | | | | |
| 26. -TEXAS TECH UNIV REV RFDG & IMPT FING 12TH SER B/E CPN | A | Interest | J | T | | | | | |
| 27. -UNIVERSITY HOUSTON TX REV RFDG CONS AGM B/E CPN | A | Interest | J | T | | | | | |
| 28. -UNIVERSITY HOUSTON TX REV RFDG CONS AGM B/E CPN | A | Interest | J | T | Redeemed | 03/29/19 | | | |
| 29. -UNIVERSITY HOUSTON TX REV RFDG CONS SYS SER A B/E OID | A | Interest | K | T | | | | | |
| 30. -UNIVERSITY HOUSTON TX REV RFDG CONS SER A B/E CPN | A | Interest | K | T | Redeemed | 03/29/19 | | | |
| 31. -UNIVERSITY NORTH TX REV RFDG FING SYS SER A B/E PTC CPN | A | Interest | K | T | Redeemed | 04/15/19 | | | |
| 32. Vanguard Rollover IRA | | | | | | | | | |
| 33. -Vanguard Intermediate Bond Fund (VBILX) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norman, Jeffrey P.** | 06/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. -Vanguard Prime Money Market (VMMXX) | A | Int./Div. | J | T | | | | | |
| 35. -Vanguard Short Term Corp Bond Index | A | Int./Div. | K | T | | | | | |
| 36. Vanguard Mutual Fund Account | F | Int./Div. | P1 | T | | | | | |
| 37. -Vanguard Mun BD Tax Exempt Bond Index EFT (VTEB) | A | Interest | K | T | | | | | |
| 38. -Vanguard Prime Money Market Fund (VMMXX) Sweep Account | A | Interest | L | T | Buy<br>(add'l) | 03/30/19 | J | | |
| 39. -IShares U. S. Preferred Stock ETF | A | Dividend | K | T | | | | | |
| 40. -Vanguard Short Term Tax Exempt (VWSUX) | B | Interest | N | T | | | | | |
| 41. -Vanguard High Yield Tax Exempt (VWIUX) | B | Interest | L | T | | | | | |
| 42. --Vanguard Intermediate Term Tax Exempt (VWIUX) | B | Interest | O | | | | | | |
| 43. -Vanguard Equity Income Investor CL(VEIPX) | D | Dividend | J | T | | | | | |
| 44. Vanguard Mun Bd Tax Exempt Bond Index EFT | A | Int./Div. | K | T | Buy | 12/12/19 | K | | |
| 45. Ishares Trust Ishares Preferred and Income SECS EFT | A | Int./Div. | K | T | Buy | 12/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 06/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey P. Norman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544